Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California  95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Theresa Wallen

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA WALLEN, | No.  1:10-CV-00732-SKO |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ACTION; ORDER** |
| vs. | |
| NORBERTO GARCIA, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Theresa Wallen and Defendants Norberto Garcia and Teresa Garcia dba BJ's Kountry Kitchen, and Prosperity Properties, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: June 2, 2011                                      MOORE LAW FIRM, P.C.


                                                        /s/Tanya E. Moore
                                                        Tanya E. Moore
                                                        Attorney for Plaintiff Theresa Wallen

*Wallen v. Garcia, et al.*
Stipulation for Dismissal; Order

Date: June 2, 2011                                                   WILD, CARTER & TIPTON

/s/ Wesley J. Hammond
Wesley J. Hammond, Attorneys for
Defendants Norberto Garcia and
Teresa Garcia dba BJ's Kountry
Kitchen, and Prosperity Properties, LLC

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   **June 2, 2011**                                 **/s/ Sheila K. Oberto**
                                                             UNITED STATES MAGISTRATE JUDGE